**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**
✓ **INITIAL APPEARANCE**                    DATE: 6/9/05
☐ BOND HEARING
☐ DETENTION HEARING                         DIGITAL Recording: 2:08 - 2:14
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

PRESIDING MAG. JUDGE: Vanzetta Penn McPherson    DEPUTY CLERK: W. Robinson
CASE NO. 2:05mj75-M                              DEFENDANT NAME: ELIZABETH SUMMERS
AUSA: ANDREW SCHIFF                              DEFT. ATTY: Karl S. Nastrom
                                                 Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
PTSO: Tamera Martin                              USPO: _____

Defendant ( ) does; (✓) does NOT need an interpreter
Interpreter present  (✓) NO; ( ) YES    Name:

---

| | |
|---|---|
| ✓ | Date of Arrest or ☐ Arrest Rule 40    6/9/05 |
| ✓ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| ✓ | Financial Affidavit executed ✓ *ORAL MOTION FOR APPT OF COUNSEL* |
| ✓ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ✓ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ✓ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ✓ set for  6/14/05 @ 2:00 p.m. |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered. Deft advised of conditions of release |
| ☐ | ☐ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐Set for  DISCOVERY DISCLOSURE DATE: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ☐ | WAIVER of Speedy Trial. CRIMINAL TERM: |
| | PRELIMINARY EXAMINATION HEARING set for 6/14/05 at 2:00 p.m. |