# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. VANZETTA PENN MCPHERSON            AT  Montgomery, Alabama

DATE COMMENCED: 6/14/05      AT      2:16 p.m. to 2:46 p.m.

DATE COMPLETED: 6/14/05      TO      Digital Recorded

UNITED STATES OF AMERICA

VS.                                              CASE NO.: 2:05mj75-VPM

ELIZABETH SUMMERS

**APPEARANCES:**

GOVERNMENT                                               DEFENDANT

Atty. Tommie Brown Hardwick         *    Atty. Christine Freeman
Tamara Martin, USPO

**COURT OFFICIALS PRESENT:**

Court Room Deputy: Wanda Robinson

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **PRELIMINARY EXAMINATION AND DETENTION HEARING**

| | |
|---|---|
| Description | 2:05mj75-VPM: USA v. Elizabeth Summers Preliminary Exam and Detention Hearing |
| Date | 6/14/2005 |
| Location | Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 2:16:44 PM | Court | Opens Court with opening facts regarding this case |
| 2:18:17 PM | Government | Calls Witness James K. Murray |
| 2:22:18 PM | Defendant | Questions Witness as to the Preliminary Examination portion of the Hearing |
| 2:30:52 PM | Defendant | Questions the Court as to whether she may address detention matters at this time |
| 2:31:33 PM | Court | Defendant may address detention matters with the witness |
| 2:34:02 PM | Defendant | Continues questioning the witness |
| 2:37:03 PM | | No further questions from Defendant nor Government |
| 2:37:22 PM | Court | Questions witness |
| 2:40:04 PM | | Witness Excused |
| 2:40:30 PM | Government | Proffers Report from the USPO, Tamara Martin, as evidence |
| 2:42:44 PM | Tamara Martin | Speaks regarding the Report |
| 2:43:47 PM | Government | Rests |
| 2:43:55 PM | Defendant | Rests |
| 2:44:03 PM | Court | Court bounds the defendant over to the Grand Jury; Grants motion for Detention; Defendant remanded to USMS |
| 2:46:39 PM | | COURT IN RECESS |